UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 25-CR-10024-RGS |
| | ) |
| JAMES FLORENCE JR., | ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 2253, and Rule 32.2(c) of the Federal Rules of Criminal Procedure. A proposed Final Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On July 24, 2025, in connection with the charges against the defendant James Florence Jr., (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

    (a) Silver MacBook Pro, Serial LFX9TC40F9;

    (b) White Desktop Computer, possibly custom made, Serial 01193600014368;

    (c) Silver Apple IPAD, Model A1673, Serial DMPT2347H1MK;

    (d) Rog Strix Laptop Serial N2NRKD026532065;

    (e) San Disk Extreme 64 G Micro SD Card;

    (f) Samsung Micro SD Card 64 G;

    (g) San Disk Micro SD Card 64 G;

  (h)  Lexar 4 G Micro SD card;

  (i)  PNY 32G flash drive;

  (j)  Western Digital My Passport, Serial WX71E23VAP57;

  (k)  Seagate Hard Drive, Serial 6QF3FLK4;

  (l)  Western Digital Hard Drive, Serial WCALL1648954;

  (m)  Four USB thumb drives

    1. SanDisk
    2. ONY
    3. Staple, and
    4. "Celebrate Your Sexy"; and

  (n)  Google Pixel 6 Pro, IMEI 351804613470848

(collectively, the "Properties").  *See* Docket No. 49.

  2. Notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on September 30, 2025 and ending on October 29, 2025.  *See* Docket Nos. 58 and 59.

3.      No claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

WHEREFORE, the United States requests that this Court enter a Final Order of Forfeiture against the Properties in the form submitted herewith.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney,

By:   /s/ *Annapurna Balakrishna*
LUKE A. GOLDWORM
ANNAPURNA BALAKRISHNA
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
annapurna.balakrishna@usdoj.gov

Dated: January 30, 2026